PEOPLE v PEREZ, No. 152252; Court of Appeals No. 321016.

PEOPLE v HOLT, No. 152257; Court of Appeals No. 321063.

PEOPLE v PRICE, No. 152258; Court of Appeals No. 327700.

PEOPLE v MAYFIELD, No. 152261; Court of Appeals No. 327341.

PEOPLE v LEROY LYONS, No. 152273; Court of Appeals No. 326438.

PEOPLE v GERMAIN, No. 152287; Court of Appeals No. 321524.

PEOPLE v HAWLEY, No. 152297; Court of Appeals No. 327696.

PEOPLE v THOMAS WILSON, No. 152303; Court of Appeals No. 327184.

PEOPLE v IGUS, No. 152322; Court of Appeals No. 321672.

SECURA INSURANCE v HUGHES, Nos. 152345, 152346, and 152347; Court of Appeals Nos. 320943, 321190, and 321856.

PEOPLE v BANGURAH, No. 152373; Court of Appeals No. 321381.

PEOPLE v WATTERS, No. 152376; Court of Appeals No. 319267.

PEOPLE v CARMELA JACKSON, No. 152419; Court of Appeals No. 328432.

PEOPLE v THOMAS COLE, No. 152572; Court of Appeals No. 327863.

PEOPLE v OVERTON, No. 152611; Court of Appeals No. 321727.

LAND ESCAPE OUTDOOR MAINTENANCE, LLC v INSURANCE ADVISORS, INC, No. 152614; Court of Appeals No. 321859.

ALEXANDER v COTTON CORRECTIONAL FACILITY WARDEN, No. 152665; Court of Appeals No. 329705.

GRIEVANCE ADMINISTRATOR v JACKSON, No. 152718.

PEOPLE v KADER, No. 152719; Court of Appeals No. 328437.

ALEXANDER v COTTON CORRECTIONAL FACILITY WARDEN, No. 152724; Court of Appeals No. 329705.

*Reconsideration Denied February 2, 2016:*

PEOPLE v COOPER, No. 148939; Court of Appeals No. 313562. Leave to appeal denied at 498 Mich 904.

MAGDICH & ASSOCIATES, PC v NOVI DEVELOPMENT ASSOCIATES, LLC, No. 149546; Court of Appeals No. 314518. Leave to appeal denied at 498 Mich 893.

WHITE v HUTZEL WOMEN'S HOSPITAL, No. 150397; Court of Appeals No. 304221. Leave to appeal denied at 498 Mich 881.

GUASTELLO v LAFON, No. 150709; Court of Appeals No. 313725. Leave to appeal denied at 498 Mich 883.